UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BECKWITH ELECTRIC CO., INC.**
**and THOMAS R. BECKWITH,**
**Chief Executive Officer and**
**Primary Shareholder of Beckwith**
**Electric Co., Inc.,**

    **Plaintiffs,**

v.                                             **Case No: 8:16-cv-1944-T-35JSS**

**SYLVIA BURWELL, Secretary of**
**the United States Department of**
**Health and Human Services,**
**THOMAS E. PEREZ, Secretary of**
**the United States Department of**
**Labor, UNITED STATES**
**DEPARTMENT OF HEALTH AND**
**HUMAN SERVICES, UNITED**
**STATES DEPARTMENT OF**
**LABOR, JACK LEW, Secretary of**
**the United States Department of**
**the Treasury, and UNITED**
**STATES DEPARTMENT OF THE**
**TREASURY,**

    **Defendants.**

## STIPULATED PRELIMINARY INJUNCTION

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Unopposed Motion for a Preliminary Injunction and Stay of the Proceedings. (Dkt. 14) In light of EWTN v. Burwell, Nos. 14-12696, 14-12890, 14-13239 (11th Cir.), which is pending before the United States Court of Appeals for the Eleventh Circuit, it is hereby **ORDERED** that all proceedings in this case shall be **STAYED** until thirty days after the final resolution of the consolidated appeals in EWTN v. Burwell.

At that time the Parties shall file a notice advising the Court of the Eleventh Circuit's opinion. The Parties shall also file a motion to reopen this case to continue with the litigation or a motion seeking any other relief that may be appropriate.

Additionally, consistent with the United States Supreme Court's decision in Zubik v. Burwell, 136 S. Ct. 1557 (2016), it is further **ORDERED** that:

> Nothing in this [Order] . . . is to affect the ability of the Government to ensure that women covered by [Plaintiffs'] health plans "obtain without cost, the full range of FDA approved contraceptives." Wheaton College v. Burwell, 573 U.S. ___, ___ (2014) (slip op., at 1). Through this litigation, [Plaintiffs] have made the Government aware of their view that they meet "the requirements for exemption from the contraceptive coverage requirement on religious grounds." Id., at ___ (slip op., at 2). Nothing in this [Order] . . . "precludes the Government from relying on this notice, to the extent it considers it necessary, to facilitate the provision of full contraceptive coverage" going forward. Ibid. Because the Government may rely on this notice, the Government may not impose taxes or penalties on [Plaintiffs] for failure to provide the relevant notice.

Id. at 1560-61.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of July, 2016.

/s/ Mary S. Scriven
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person